UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMOS C. JOHNSON, M.D., JOHNSON FAMILY TRUST<br><br>   Plaintiffs,<br><br>v.<br><br>RITA ELIZABETH JOHNSON,<br><br>   Defendant. | Case No. 24-cv-11673<br><br>Honorable Robert J. White |

**ORDER DIRECTING RITA JOHNSON TO FILE SUPPLEMENTAL BRIEFING**

Amos C. Johnson, M.D. and the Johnson Family Trust ("Dr. Johnson," collectively) responded to this Court's show cause order on September 23, 2024. (ECF Nos. 7-8). Given the arguments raised therein, it is hereby,

IT IS ORDERED that Rita Johnson must file a written supplemental brief, no longer than 15 pages in length, specifically addressing whether federal diversity jurisdiction is lacking in this case because of (1) the probate exception, (2) the prior-exclusive-jurisdiction doctrine, or because (3) the parties are not citizens of different states.

IT IS FURTHER ORDERED that the supplemental brief must be filed no later than October 11, 2024.

Dated: September 27, 2024

s/Robert J. White
Robert J. White
United States District Judge