UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMOS C. JOHNSON, M.D., Individually and as Trustee of the Johnson Family Trust, and THE JOHNSON FAMILY TRUST,<br><br>　　Plaintiffs,<br><br>v.<br><br>RITA E. JOHNSON, Individually and as Personal Representative of the Estate of Marjorie Johnson,<br><br>　　Defendants. | Case No. 24-cv-11673<br><br>Honorable Robert J. White |

## JUDGMENT

The Court has dismissed the complaint for lack of subject-matter jurisdiction.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs. Costs to be permitted in accordance with law.

　　　　　　　　　　　　　　　　　　KINIKIA D. ESSIX
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By: s/Tara Villereal_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

2

November 8, 2024

Approved: <u>s/Robert J. White_____</u>
          Robert J. White
          United States District Judge